IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Case

The Supreme Court of The United States (1 First St. NE,

Case: 1:19-cv-01346
Assigned To : Unassigned
Assign. Date : 5/8/2019
Description: Pro Se Gen. Civ. (F-DECK)

And

The U.S. Court Of Appeals For The Federal Circuit (717 Madison Pl. NW, Washington, D.C. 20005)

And

The U.S. District Court For The District Of Columbia ( 333 Constitution Ave. NW, Washington, D.C. 20001)

And

The U.S. Court Of Appeals For The 4th Circuit (1100 E Main St Suite 501, Richmond, VA 23219)

And

The U.S. District Court For The Eastern District Of Virginia (600 Granby St, Norfolk, VA 23510)

And

The Virginia Supreme Court (100 N 9th St, Richmond, VA 23219)

And

The Virginia Court of Appeals (109 N 8th St, Richmond VA 23219)

And

The Circuit Court of The City Of Portsmouth-Va (1345 Court St, Portsmouth, VA 23704)

( 333 Constitution Ave. NW, Washington, D.C. 20001)

## ERIC EMANUEL TAYLOR
:Plaintiffs

Versus

The Supreme Court of The United States (1 First St. NE, Washington, D.C. 20543)

And

The U.S. Court Of Appeals For The Federal Circuit (717 Madison Pl. NW, Washington, D.C. 20005)

And

The U.S. District Court For The District Of Columbia ( 333 Constitution Ave. NW, Washington, D.C. 200001)

And

The U.S. Court Of Appeals For The 4th Circuit (1100 E Main St Suite 501, Richmond, VA 23219)

And

The U.S. District Court For The Eastern District Of Virginia (600 Granby St, Norfolk, VA 23510)

And

The Virginia Supreme Court (100 N 9th St, Richmond, VA 23219)

And

The Virginia Court of Appeals (109 N 8th St, Richmond VA 23219)

And

The Circuit Court of The City Of Portsmouth-Va (1345 Court St, Portsmouth, VA 23704)

( 333 Constitution Ave. NW, Washington, D.C. 200001)

:Defendants


STATEMENT OF JURISDICTION

I whom being United States person Eric Emanuel Taylor [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] respectively seek this class-action civil-action to issue forth in the U.S. Court District Court For The District Of Columbia pursuant rule 23 Of the Federal Rules Of Civil Procedure and 28 U.S.C. section 1331's providing the United States District Court For The District Of Columbia to function the redressal of the deprivation of double-jeopardy clause protect entitlement pursuant federal question jurisdiction at accordance of 28 U.S.C. section 1343 [3]s ability to redress any deprivation thereby; and thus all of which being the subject-matter jurisdiction at regard of 28 U.S.C. section 1361s ability to compel the observance of The U.S. District Court For The District Of Columbia's performing the duties obligatory upon it pursuant 3 U.S.C. section 302 and 303 and the declaratory decree that being double-jeopardy clause protection entitlement of the 5th amendment, against its discharging of double-jeopardy clause protection entitlement: thus 28 U.S.C. section 1332 d2A being the money-mandating source of regard of remedy sought against

civil injury; and thus the type of case this being, being a federal question case and Diversity of Citizenship.

SUPPLEMENTARY INFORMATIONAL STATEMENT OF CASE AND BRIEFING AT SUPPORT OF COMMENCEMENT OF THIS CLASS-ACTION CIVIL-ACTION

The sanctioning of a prereview system stating that I can't file civil-action to remedy the deprivation of double-jeopardy clause protection entitlement pursuant federal question and diversity of citizenship, by the issuance of the U.S. Court of Appeals For 4th Circuit and The U.S. District Court For The Eastern District Of Virginia, be an direct violation of our 1st amendment right to peaceably assemble and petition the government for a redress of grievance. Thus, I hereby seeking remedy against the deprivation of the guarantee of not having our right to peaceably assemble and petition the government for a redress of grievance abridged by the U.S. Court of Appeals For the 4th Circuit, and seek monetary relief of the monetary amount that being the zillion dollars for compensation against the forfeiture of my right to double-jeopardy clause protection entitlement.

Thus, the unconstitutionality at regards of being incorrect thereat issuing such a judgement for the sanctioning of denying double-jeopardy clause protection reside at the diversity of citizenship of the United States citizen's ability of claiming equity of any federal judge's or Justice's vow of performing the duties obligatory upon such judge or justice pursuant 3 U.S.C. section 301 and 302, against such judge's or Justice's vow of discharging the duties obligatory upon such judge or justice ( see 28 U.S.C. section 453).

Thus I whom being Eric Emanuel Taylor social security number xxx-xx-4342 declaring The U.S. Court Of Appeals For The 4th Circuit and The U.S. District Court For The Eastern District Of Virginia failed to file my complaint that they received February 21st 2019 and thereby abridging my right to peaceably assemble and petition for a redress against grievance , on the grounds of 28 U.S.C. section 1343 [3] and [4] and 28 U.S.C. section 1331 and 28 U.S.C. section 1332d2A stating that The Supreme Court of The United States and The U.S. Court Of Appeals For The Federal Circuit and The U.S. District Court For The District Of Columbia has jurisdiction to redress the remedy of compensatory monetary relief against the deprivation of double-jeopardy clause protection entitlement that not issuing April 29th 2019 by the The U.S. Court Of Appeals For The 4th Circuit and The U.S. District Court For The Eastern District Of Virginia.

Thus the cause of action that provides the fact that the existence of commercial activity of a foreign State by the U.S. within the U.S., being 28 U.S.C. section 453's allowing a federal judge and justice the ability to discharge against the duties that being obligatory upon them pursuant

the provision that being 3 U.S.C. section 301 and 302; and the deprivation that issuing pursuant that commercial activity of a foreign State by the U.S. within the U.S. against the guarantee of my right to petition the government for a redress of grievances, being founded by the existence of the prereview order itself and the disposition that issued April 29th 2019 at regard of the here listed defendant's judgement of accordance of such deprivation; and the deprivation that issuing pursuant that commercial activity of a foreign State by the U.S. within the U.S. against the guarantee of my right of double-jeopardy clause protection entitlement, being Virginia indictment# CRO5-2591 and the sentencing order thereabout indictment# CRO-2591.

Thus the cause of action that provides the fact that the existence of commercial activity of the United State, by the U.S. within the U.S., being 28 U.S.C. section 453's allowing a federal judge and justice the ability to perform the duties that being obligatory upon them pursuant the provision that being 3 U.S.C. section 301 and 302.

Thus has the here listed plaintiffs and defendants both constitutionally performing and discharging the duties obligatory upon them as stated by their oath of office that being 28 U.S.C. section 453, upon payment of the compensatory damages being paid for remedy against the mental anguish sustained against my peace of mind at regards of the deprivation against the performance of the here listed constitutional entitlements I whom being Eric Emanuel Taylor xxx-xx-4342 has being experiencing due to the omission of the here listed defendants allowing me the equal protections of the here listed constitutional entitlements.

Thus has the here listed defendants having immunity by the payment of the compensatory damages that being sought for remedy, by the paying of such compensatory damages, on the grounds of being members of a class of plaintiffs whom deeming their vow to perform the duties that being obligatory upon them being federal judge or justice on plaintiffship by class-action civil suit caption of here metioning as specified at 28 U.S.C. section 1332d2A, to being a different State from being members of a class of defendants whom deeming their vow to discharge the duties that being obligatory upon them being federal judge or justice on defendantship by class-action civil suit caption of here metioning while omitting themselves from being plaintiffs by the of commercial activity of a foreign State by the United States within the U.S..

Thus I whom being Eric Emanuel Taylor xxx-xx-4342 as accordance of rule 23.1 of the rules of the U.S. District Court For The District Of Columbia, file this class-action civil-action, at accordance of 28 U.S.C. section 1331's ability of allowing the United States District Court For The District Of Columbia the ability to remedy any deprivation issuing forth against the District Of Columbia being the permanent seat of the federal government, as accordance of 28 U.S.C. section 1343 (4); and at accordance of 28 U.S.C. section 1332d2A's ability to allow the United States District Court For The District Of Columbia to diversify the here mentioning

class-members (both governmental and civilian) from defendant-ship, to plaintiff-ship, as accordance of 28 U.S.C. section 1334 (3) stating and the constitutional entitlements here within mentioning.

Thus in conclusion, being the United States District Court For The District Of Columbia obligated to file and function the remedy sought by this class-action civil-action, on further grounds of the fact that Virginia being one of the original 13 States to ratify the United States Constitution of being the Supreme law of the land that being the United States: or establish the here mentioning deprivation of 1st amendment entitlements and 5th amendment entitlements of being precedent by the District Of Columbia.

Thus, despite it appearing of being several defendants, the only defendant at this level, being the judge that render judgement at behalf of being representative of the member of a class of plaintiffs that being a different state from being defendant, or perhaps not. So the third copy for the U.S. District For The District Of Columbia Judge. Thus I seek civil-attorneyship as accord of 28 U.S.C. §1343 (3) and (4), against the here mentioning defendants ability to discharge such employment in nor outside the District of Columbia, if I never discharge my employment by forfeiture.

FEDERAL QUESTIONS

1) Whether or not the denial of the right to petition the Federal Government for a redress of grievances that issued forth April 29th 2019, being a direct abridgement of my 1St amendment right of not having my right to petition for a redress of grievances entitlements abridged?

THESIS AND ANSWER OF QUESTION#1

Yes; an thesis of discharging a United States citizen's ability to seek remedy and refuge against the deprivation of constitutionally protected entitlements that such citizen has been deprived by the guarantors of such constitutionally protected entitlements, being to omit such guarantors vow to perform the duties that being obligatory upon such federal judge or justice and U.S. President; especially upon every federal judge and justice having the ability to perform and discharge the duties that being obligatory upon every federal judge or justice pursuant 3 U.S.C. 301 and 302, and being listed of being both plaintiffs and defendants by class-action civil-action.

2) Whether or not double-jeopardy clause protection entitlement being due against a subsequent class 6 felony conviction that being applicable Virginia law code 18.2-51 of that being presumed by legislative intent to have been necessarily perpetrated to negate the perpetration of the preceding class 3 felony prosecution that also being applicable o Virginia law code 18.2-51?

THESIS AND ANSWER OF QUESTION#2

Yes; thereby the existence of the class 6 felony conviction that being stated by the sentencing order of indictment # CRO5-2591 being a perpetration that negates the perpetration of indictment # CRO5-2591's class 3 felony trial's construable meaning of legislative intent of providing that once asserted of being trial's session of prosecution thereby establishing the class 6 felony conviction of being a reasonable doubt on grounds that indictment #CRO5-2591 doesn't state the prosecution of a class 6 felony; and therefore establishing the class 6 felony conviction that resulting pursuant Indictment# CRO5-2591's class 3 felony prosecution, being barred by the members of the class of plaintiffs of this class-action civil-action at accordance of double-jeopardy clause protection entitlement stating that such evidence used to commence the prosecution of indictment # CRO5-2591'S class three felony accusative, can't validate the class 6 felony conviction, on the ground that the double-jeopardy clause of the 5th amendment stating that an legislative enactment at regards of the statutory declaration of the perpetration of a criminal assessment, presumes that a perpetrator of such crime resulted the natural consequences of such that statutory declaration's statement of perpetration's construing; and therefore restraining every judge from the ability to subject an accused to a subsequent conviction of an criminal perpetration's assessment other than the statement of trial's commencement, when the subsequent conviction can't validate the initial perpetration's assessment of being a lesser-offense that necessarily being perpetrated of the perpetration that being the subsequent conviction's statement of liability.

3) Whether or not the United States District Court For The District Of Columbia has jurisdiction to function the remedy against the deprivation of constitutionally protected entitlements pursuant federal question or diversity of citizenship, when such deprivation issuing by a federal court outside the city limits of the District Of Columbia?

THESIS AND ANSWER OF QUESTION#3

Yes; because despite the United States District Court For The Eastern District of Virginia being situated outside the District of Columbia, it still being a facet of the United States District Court For The District of Columbia, at regards of the Territory that being Virginia and any judgments made therein no matter whether federal or State, being the same judgement as if the United States District Court For The District of Columbia having made the judgement, thereby the District of Columbia being the permanent seat of the federal government and Article VI of the U.S. Constitution stating that both State and Federal employees must support the U.S. Constitution to being the supreme law of the land; thus a class-action civil-action filed in the United States District Court For The District of Columbia pursuant federal question at regards of whether a federal or and State court deprived any member of the class of plaintiff-ship due process of law; furthermore 28 U.S.C. section 1343 b1 state that the District of Columbia being a State within meaning of the usage of 28 U.S.C. section 1343; thus meaning a state that being federal and compassing the 50 states of being the state that it being, for purposes of

compromising the deprivation of the District of Columbia protected U.S. constitutional entitlements that issue forth by any court located outside the District of Columbia. Such compromising being established by assertion of Federal Judge's and judge's ability to discharge their duties obligatory upon them, by lifting such judges and justices ability thereof to being defendants of a class-action of diversity of citizenship; while listing their ability to perform their duties obligatory upon them, by lifting such judges and justice's ability to perform their duties of being plaintiffship.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing complaint was served by first-class mail, postage pre-paid, on the 6th day of May, 2019, upon: 333 Constitution Ave. NW, Washington, DC. 20001.

Eric Emanuel Taylor
xxx-xx-4342
800 Williamsburg Ave.
Suite B
Portsmouth, VA 23704

7