# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC EMANUEL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-1346 (UNA) |
| ) | |
| SUPREME COURT OF THE ) | |
| UNITED STATES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM OPINION**

Due to the plaintiff's a history of filing numerous meritless claims, the United States District Court for the Eastern District of Virginia issued a Pre-Filing Review and Dismissal Order. *See Taylor v. Virginia*, No. 2:15cv429 (E.D. Va. Oct. 27, 2015), *aff'd*, 642 F. App'x 205 (4th Cir. 2016) (per curiam) (affirming district court's order dismissing his complaint without prejudice and imposing an expanded system of prefiling review on his future filings), *cert. dismissed*, 136 S. Ct. 2394 (2016). The plaintiff challenges the Eastern District of Virginia's refusal to file a complaint he submitted in February 2019 pursuant to its Pre-Filing Review and Dismissal Order, asserting that the court violated his rights under the First Amendment to the United States Constitution.

The plaintiff's complaint fails to state a claim upon which relief can be granted. This federal district court "can neither review the decisions of its sister court nor compel it to act." *Ortiz v. Pratter*, No. 1:15-CV-00481, 2015 WL 1546252, at *1 (D.D.C. Apr. 3, 2015); *see Mullis v. U.S. Bankr. Court for Dist. of Nevada*, 828 F.2d 1385, 1393 (9th Cir. 1987) (citing *Lewis v. Green*, 629 F. Supp. 546, 553 (D.D.C. 1986)); *El Bey v. United States*, No. 1:16-CV-00164, 2016 WL 9943453, at *1 (D.D.C. Feb. 2, 2016), *aff'd*, 697 F. App'x 706 (D.C. Cir. 2017); *Thomas v.*

*Wilkins*, 61 F. Supp. 3d 13, 20 (D.D.C. 2014), *aff'd,* No. 14-5197, 2015 WL 1606933 (D.C. Cir. Feb. 23, 2015); *see also Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *aff'd*, No. 94-5079, 1994 WL 474995, at *1 (D.C. Cir. July 27, 1994) (per curiam), *cert. denied*, 513 U.S. 1150 (1995).

    Accordingly, the Court will grant plaintiff's application to proceed *in forma pauperis*, and dismiss the complaint.  An Order is issued separately.


DATE: May 22, 2019                /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge